IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$82,180.00 IN UNITED STATES CURRENCY, )<br>)<br>)<br>Defendant. ) | CASE NO. 8:09CV358<br><br><br><br><br>DEFAULT JUDGMENT AND<br>DECREE OF FORFEITURE |

This matter is before the Court on Plaintiff's Motion for Default Judgment and Decree of Forfeiture against the Defendant property and any unknown Claimants (Filing No. 14).  Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendant is not present, neither personally nor through counsel.  No Claimants are present, neither personally nor through counsel.  Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

  1. A Complaint for Forfeiture was filed herein on October 6, 2009.  A Warrant for Arrest <u>in Rem</u> was issued by this Court and was properly executed on the Defendant property by the United States Marshal.

  2. Publication of the notice of this action and of the arrest of the Defendant property was made pursuant to Order of this Court dated December 3, 2009. On March 29, 2009, a Declaration of Publication was filed. Said Declaration states the Notice mentioned in the two paragraphs immediately above was published as directed by this Court.

  3. No person or entity entitled to the Defendant property has filed a Claim or an Answer to Plaintiff's Complaint within the time fixed by law.

  4. The Plaintiff's Request to Enter Default was granted by the Clerk on March 30, 2010.

  IT IS ORDERED:

  A. The Plaintiff's Motion for Default Judgment and Decree of Forfeiture (Filing No. 14) is hereby sustained.

  B. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

  C. The Defendant property be and the same hereby is forfeited to the United States of America.

  D. The Defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

  DATED this 30th day of April, 2010.

           BY THE COURT:

           s/Laurie Smith Camp
           United States District Judge